# EXHIBIT "A" - Cash on hand on the Effective Date

Cash on hand on the Effective Date:  $ 113,124
Less –

    Amount of Administrative Expenses payable
    on effective date of Plan  $ 85,000

    Amount of statutory costs and charges  $ 0

    Amount of cure payments for executory contracts  $ 0

    Other Plan Payments due on Effective Date  $ 13,045.29

        Balance after paying these amounts……..  $ 15,078.71

The sources of the cash the Debtor will have on hand by the Effective Date are estimated as set forth in Exhibit "J."