# Exhibit "B" – Liquidation Analysis

Pursuant to Section 1190(1)(B) of the Bankruptcy Code

## Debtor's Estimated Liquidation Value of Assets (As of 1/1/21)

**Assets**

| | |
|---|---|
| Cash on Hand | $113,124 |
| Accounts Receivable | $149,361 |
| Inventory | $0 |
| Office Furniture & Equipment | $2,000 |
| Machinery & Equipment | $22,000 |
| Automobiles (including chassis) | $51,000 |
| Building & Land | $0 |
| Customer List | $0 |
| Investment Property | $0 |
| Lawsuits or other claims | $0 |
| Other intangibles | $0 |
| **Total Assets at Liquidation Value** | **$337,485** |
| | |
| **Less:** | |
| Secured creditors' recoveries | $35,337.38 |
| Chapter 7 Trustee fees and expenses | $10,000 |
| Chapter 11 Administrative Expenses | $75,000 |
| Priority claims, excluding administrative expense claims | $3,310.92 |
| Debtor's Claimed Exemptions | $0 |
| | |
| Balance for unsecured claims | $213,836.70 |
| Total amount of unsecured claims | $247,662.04 |
| | |
| **Percentage of Claims Which Unsecured Creditors Would Receive Or Retain in a Chapter 7 Liquidation** | **86%** |
| | |
| **Percentage of Claims Which Unsecured Creditors Will Receive or Retain under the Plan** | **100%** |
| | |
| | |