# MONSEY ONE INC.
# Profit & Loss
### January through December 2018

|  | Jan - Dec 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|     Gross Parking Income | 27,841.37 |
|     **Gross Trucking Income** | |
|         Equipment Rental Income | 115,308.50 |
|         Gross Trucking Income - Other | 538,722.78 |
|     **Total Gross Trucking Income** | 654,031.28 |
|     IM ACCESSORIAL | 372,168.64 |
|     IM CHASSIS USAGE | 394,951.75 |
|     IM CONGESTION | 146,050.00 |
|     IM DETENTION | 53,080.75 |
|     IM FREIGHT | 3,407,800.50 |
|     IM FSC | 71,436.52 |
|     IM GENSET | 72,675.00 |
|     IM OVER WEIGHT | 173,060.00 |
|     **Intermodal** | |
|         Accessorial - Chassis rental pe | 5,967.00 |
|         Accessorial - Detention charges | 2,247.50 |
|         Accessorial - Refrigerated carg | 1,100.00 |
|         Accessoriel | 5,888.15 |
|         Congestion | 1,275.00 |
|         Fuel surcharge | -180.50 |
|         Over Weight | 1,400.00 |
|         Intermodal - Other | 7,966.90 |
|     **Total Intermodal** | 25,664.05 |
|     **Sale of Trucks** | |
|         107 (Brian Lopez) 381.00 | 0.00 |
|         108 (Matthew Adorno) 225.47 | 1,352.82 |
|         110 (Edwin Rosero) 200.86 | 200.86 |
|     **Total Sale of Trucks** | 1,553.68 |
|     Toll Reimbursement-NYCT | 8,473.46 |
|     truck finance (zariz Transport) | 0.00 |
| **Total Income** | 5,408,787.00 |
| **Cost of Goods Sold** | |
|     Cost of Goods Sold | 0.00 |
|     Equipment Rental Expense | 451,189.12 |
|     **Fuel & Tolls** | |
|         **Fuel** | |
|             NJ | 338,981.88 |
|             Fuel - Other | 0.00 |
|         **Total Fuel** | 338,981.88 |
|         Tolls | 171,367.08 |
|         Fuel & Tolls - Other | 195.30 |
|     **Total Fuel & Tolls** | 510,544.26 |
|     Lumper Exp | 0.00 |



EXHIBIT "C"

# MONSEY ONE INC.
# Profit & Loss
### January through December 2018

|  | Jan - Dec 18 |
|---|---:|
| **Storage** | 8,746.31 |
| **Subcontracting** | |
|     **Driver** | 1,471,242.18 |
|     **Outside Trucking Companies** | 264,710.16 |
| **Total Subcontracting** | 1,735,952.34 |
| **Truck Maintenance Costs** | 38,365.75 |
| **Total COGS** | 2,744,797.78 |
| **Gross Profit** | 2,663,989.22 |
|   **Expense** | |
|     **Accounting** | 83,037.87 |
|     **Advertising** | 31,408.54 |
|     **AMEX Membership Renewal** | 450.00 |
|     **Automobile Expense** | |
|         **Car Insurance** | 14,686.71 |
|         **Car Rental** | 2,665.23 |
|         lease Expense | 4,584.38 |
|         **Parking** | 149.40 |
|         **R&M** | 107.29 |
|         **Automobile Expense - Other** | 289.65 |
|     **Total Automobile Expense** | 22,482.66 |
|     **Bank Charge** | 7,439.49 |
|     **Chassis Inspection** | 3,750.00 |
|     **Collection Expense** | 439.00 |
|     consultant | 171,887.62 |
|     **Credit Card Processing Fee** | 14,631.69 |
|     **Credit Check on Prospects** | 1,136.76 |
|     **Demurrage** | 17,846.33 |
|     **DRIVER DRUG TEST** | 2,209.00 |
|     electric | 4,762.96 |
|     **Insurance Expense** | |
|         **Gen Liability/Phys./B.T.L/Cargo** | 459,161.47 |
|         **Health** | 71,199.51 |
|         **Workers Comp** | 126,147.69 |
|         **Insurance Expense - Other** | -30,849.04 |
|     **Total Insurance Expense** | 625,659.63 |
|     **Interest Expense** | 22,650.99 |
|     **Legal & Professional** | |
|         **Legal Fees** | 11,841.01 |
|     **Total Legal & Professional** | 11,841.01 |
|     **Licenses and Permits** | 5,290.45 |
|     **Lodging** | 1,361.78 |
|     **Meals (Fully Deductible)** | 7,295.14 |
|     **Office Expense** | |
|         **Computer and Internet Expenses** | 14,016.26 |
|         **Computer Software** | 24,513.76 |

MONSEY ONE INC.
# MONSEY ONE INC.
## Profit & Loss
### January through December 2018

|  | Jan - Dec 18 |
|---|---:|
| **Equipment Rental** | 3,922.25 |
| **Office Supplies** | 13,238.95 |
| **Satellite Service** | 2,584.78 |
| **Tracking Devices Rental** | 11,330.38 |
| **Waste** | 2,498.10 |
| **Web Hosting Exp.** | 513.92 |
| **Office Expense - Other** | 12,726.86 |
| **Total Office Expense** | 85,345.26 |
| **Outside Services** | 765.00 |
| **Owner Operator Parking** | -11,800.00 |
| **Payroll Expenses** | |
|   CALIFORNIA UI & DIS | 0.00 |
|   Employee Reimbursements | 43,420.47 |
|   FICA Expense | 70,887.95 |
|   FUI Expense | 2,270.19 |
|   NJSU | 10,281.48 |
|   Salary | 906,609.17 |
| **Total Payroll Expenses** | 1,033,469.26 |
| **Payroll Service Fee** | 11,593.34 |
| **Per Diem** | 141,670.00 |
| **Postage & Shipping** | 620.68 |
| **Professional Fees** | 7,155.48 |
| **Registration** | 4,909.80 |
| **Rent** | |
|   18 Pulaski Yard | 88,330.86 |
|   Trailer at 18 pulaski St small | 10,694.86 |
| **Total Rent** | 99,025.72 |
| **Repairs & Maintenance** | 2,688.30 |
| **Taxes** | |
|   2290 | 3,300.00 |
|   Corp | |
|     CA | 5,266.87 |
|     CT | 100.00 |
|     DE | 271.94 |
|     MA | 1,192.92 |
|     MD | 100.00 |
|     NJ | 1,885.84 |
|     NY | 1,104.18 |
|     PA | 2,085.00 |
|     RI | 398.52 |
|   **Total Corp** | 12,405.27 |
|   MT - 903 | 373.57 |
|   Taxes - Other | 0.00 |
| **Total Taxes** | 16,078.84 |
| **Telephone Expense** | 20,179.86 |

|  | Jan - Dec 18 |
|---|---:|
| **Travel** | |
|     Violations | 56.00 |
|     Travel - Other | 13,914.62 |
| **Total Travel** | 13,970.62 |
| Website | 1,517.28 |
| **Total Expense** | 2,462,770.36 |
| **Net Ordinary Income** | 201,218.86 |
| **Other Income/Expense** | |
|   **Other Income** | |
|     Interest Income | 1.34 |
|   **Total Other Income** | 1.34 |
|   **Other Expense** | |
|     Charity | 27,395.00 |
|     Fines & Penalties | 475.62 |
|     Traffic Tickets | 312.50 |
|   **Total Other Expense** | 28,183.12 |
| **Net Other Income** | -28,181.78 |
| **Net Income** | **173,037.08** |