# Monsey One - West Coast
## Profit & Loss
### January through December 2018

|  | Jan - Dec 18 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Gross Trucking Income** | |
|       Equipment Rental Income | 27,810.00 |
|       Gross Trucking Income - Other | 475.00 |
|     **Total Gross Trucking Income** | 28,285.00 |
|     IM ACCESSORIAL | 118,490.58 |
|     IM ALCOHOL FEE | 90.00 |
|     IM CHASSIS USAGE | 141,932.50 |
|     IM CONGESTION | 5,268.75 |
|     IM DETENTION | 10,062.50 |
|     IM FREIGHT | 682,612.05 |
|     IM FSC | 1,807.13 |
|     IM GENSET | 2,675.00 |
|     IM OVER WEIGHT | 3,625.00 |
|     **Intermodal** | |
|       Accessorial | 751.25 |
|       Accessorial - Chassis Rental Pe | 175.00 |
|       Accessorial - Detention Charges | 262.50 |
|       Intermodal - Other | 265.10 |
|     **Total Intermodal** | 1,453.85 |
|   **Total Income** | 996,302.36 |
|   **Cost of Goods Sold** | |
|     Equipment Rental Expense | 135,603.46 |
|     Outside Trucking Companies | 36,215.10 |
|     Storage facility | 8,551.32 |
|     Truck Maintenance Costs | 5,171.71 |
|     Trucking fuel | 130,645.37 |
|     Trucking rental & lease | 145,407.09 |
|   **Total COGS** | 461,594.05 |
| **Gross Profit** | 534,708.31 |
|   **Expense** | |
|     Automobile Expense | 1,043.32 |
|     Business Licenses and Permits | 800.00 |
|     Computer and Internet Expenses | 2,994.03 |
|     Consultant | 24,615.36 |
|     Demurrage | 22,044.20 |
|     Drug Testing | 156.00 |
|     Legal Fees | 10,000.00 |
|     Lodging | 7,227.73 |
|     Office Equipment | 4,350.00 |
|     Office Supplies | 1,368.90 |
|     **Payroll Expenses** | |
|       CA UI/DIS | 4,504.40 |
|       FICA Expenses | 28,411.67 |
|       Salary | 371,611.46 |



EXHIBIT "D"

# Monsey One - West Coast
# Profit & Loss
### January through December 2018

|  | Jan - Dec 18 |
|---|---:|
| **Total Payroll Expenses** | 404,527.53 |
| **Per Diem** | 62,830.00 |
| **Pier Pass** | 21,149.28 |
| **Reimbursements-Drivers** | 1,825.84 |
| **Rent Expense** | 197,840.00 |
| **Repairs and Maintenance** | 101.53 |
| **Travel** | 657.35 |
| **Utilities** | 3,170.88 |
| **Warehousing** | 3,456.00 |
| **Waste** | 1,587.52 |
| **Total Expense** | 771,745.47 |
| **Net Ordinary Income** | -237,037.16 |
| **Net Income** | **-237,037.16** |