# MONSEY ONE INC.
# Profit & Loss
### January through December 2019

|  | Jan - Dec 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|   **Gross Parking Income** | 12,635.00 |
|   **Gross Trucking Income** | |
|     Equipment Rental Income | 120,367.50 |
|     Gross Trucking Income - Other | 49,244.06 |
|   **Total Gross Trucking Income** | 169,611.56 |
|   **IM ACCESSORIAL** | 326,512.00 |
|   **IM CHASSIS USAGE** | 306,435.00 |
|   **IM CONGESTION** | 196,847.50 |
|   **IM DETENTION** | 46,963.75 |
|   **IM FREIGHT** | 2,304,712.00 |
|   **IM FSC** | 103,197.60 |
|   **IM GENSET** | 29,050.00 |
|   **IM OVER WEIGHT** | 213,039.75 |
|   **Intermodal** | |
|     Accessorial - Chassis rental pe | 3,349.00 |
|     Accessorial - Detention charges | -105.00 |
|     Accessorial - Refrigerated carg | 0.00 |
|     Accessoriel | -867.34 |
|     Congestion | 975.00 |
|     Fuel surcharge | -198.00 |
|     Over Weight | -400.00 |
|     Intermodal - Other | 15,612.00 |
|   **Total Intermodal** | 18,365.66 |
|   **Sale of Trucks** | |
|     107 (Brian Lopez) 381.00 | 0.00 |
|     108 (Matthew Adorno) 225.47 | 3,382.05 |
|     110 (Edwin Rosero) 200.86 | 0.00 |
|   **Total Sale of Trucks** | 3,382.05 |
|   **Toll Reimbursement-NYCT** | 7,373.46 |
|   **truck finance (zariz Transport)** | 0.00 |
| **Total Income** | 3,738,125.33 |
| **Cost of Goods Sold** | |
|   **Equipment Rental Expense** | 499,553.71 |
|   **Fuel & Tolls** | |
|     Fuel | |
|       NJ | 177,781.92 |
|     **Total Fuel** | 177,781.92 |
|     Tolls | 138,803.82 |
|   **Total Fuel & Tolls** | 316,585.74 |
|   **Subcontracting** | |
|     Driver | 556,608.53 |
|     Outside Trucking Companies | 190,747.40 |
|   **Total Subcontracting** | 747,355.93 |


EXHIBIT "E"

# MONSEY ONE INC.
# Profit & Loss
### January through December 2019

|  | Jan - Dec 19 |
|---|---:|
| **Truck Maintenance Costs** | 54,026.14 |
| **Total COGS** | 1,617,521.52 |
| **Gross Profit** | 2,120,603.81 |
| **Expense** | |
|   **Advertising** | 18,404.05 |
|   **AMEX Membership Renewal** | 595.00 |
|   **Automobile Expense** | |
|     Car Insurance | 6,151.81 |
|     Car Rental | 2,924.41 |
|     Parking | 116.50 |
|     Repairs & Maintenance | 3,187.38 |
|     Tolls | 43.53 |
|   **Total Automobile Expense** | 12,423.63 |
|   **Bank Charge** | 2,777.08 |
|   **Chassis Inspection** | 4,883.85 |
|   **Collection Expense** | 833.40 |
|   **consultant** | 103,364.00 |
|   **Credit Card Processing Fee** | 4,319.15 |
|   **Credit Check on Prospects** | 0.00 |
|   **Demurrage** | 5,610.00 |
|   **DRIVER DRUG TEST** | 1,450.00 |
|   **Dues and Subscription** | 877.00 |
|   **Filing Fees** | 162.24 |
|   **Filing Fees (Registrations)** | 124.96 |
|   **Insurance Expense** | |
|     Gen Liability/Phys./B.T.L/Cargo | 275,492.89 |
|     Health | 34,527.19 |
|     Workers Comp | 126,257.55 |
|     Insurance Expense - Other | -12,531.13 |
|   **Total Insurance Expense** | 423,746.50 |
|   **Interest Expense** | 17,040.49 |
|   **Legal & Professional** | |
|     Legal Fees | 57,190.83 |
|     Professional Fees | 433.95 |
|   **Total Legal & Professional** | 57,624.78 |
|   **Licenses and Permits** | 8,984.18 |
|   **Lodging** | 8,876.39 |
|   **Meals (Fully Deductible)** | 2,259.69 |
|   **Office Expense** | |
|     Computer and Internet Expenses | 19,988.44 |
|     Computer Software | 24,162.93 |
|     Data Hosting | 79.96 |
|     Equipment Rental | 3,755.76 |
|     Office Supplies | 6,177.74 |
|     RFID Tags | 315.00 |

|  |  |  | Jan - Dec 19 |
|---|---|---|---:|
|  |  | Tracking Devices Rental | 10,353.64 |
|  |  | Waste | 1,467.27 |
|  |  | Web Hosting Exp. | 1,161.53 |
|  |  | Office Expense - Other | 12,172.07 |
|  | **Total Office Expense** |  | 79,634.34 |
|  | **Outside Services** |  | 8,639.48 |
|  | **Owner Operator Parking** |  | -16,295.00 |
|  | **Parking EXP** |  | 84.00 |
|  | **Payroll Expenses** |  |  |
|  |  | CALIFORNIA UI & DIS | -15.59 |
|  |  | Employee Reimbursements | 8,969.90 |
|  |  | FICA Expense | 59,056.69 |
|  |  | FUI Expense | 1,379.87 |
|  |  | NJSU | 8,961.40 |
|  |  | Salary | 851,242.03 |
|  | **Total Payroll Expenses** |  | 929,594.30 |
|  | **Payroll Service Fee** |  | 10,986.99 |
|  | **Per Diem** |  | 123,837.50 |
|  | **Postage & Shipping** |  | 452.26 |
|  | **Professional Fees** |  | 0.00 |
|  | **Registration** |  | 4,978.99 |
|  | **Rent** |  |  |
|  |  | 18 Pulaski Yard | 113,603.64 |
|  |  | Trailer at 18 pulaski St small | 13,749.34 |
|  | **Total Rent** |  | 127,352.98 |
|  | **Repairs & Maintenance** |  | -6,273.57 |
|  | **Scale Tickets** |  | 14.00 |
|  | **Taxes** |  |  |
|  |  | 2290 | 1,650.00 |
|  |  | Corp |  |
|  |  |   NJ | 27.47 |
|  |  | **Total Corp** | 27.47 |
|  |  | IFTA-100 | 205.47 |
|  |  | MT - 903 | 439.43 |
|  | **Total Taxes** |  | 2,322.37 |
|  | **Telephone Expense** |  | 9,566.43 |
|  | **Towing Expense** |  | 4,873.65 |
|  | **Travel** |  |  |
|  |  | Violations | 66.30 |
|  |  | Travel - Other | 3,094.74 |
|  | **Total Travel** |  | 3,161.04 |
|  | **UNSTACK CHASSIS** |  | 480.00 |
|  | **Website** |  | 118.08 |
| **Total Expense** |  |  | 1,957,884.23 |
| **Net Ordinary Income** |  |  | 162,719.58 |

**MONSEY ONE INC.**
# Profit & Loss
**January through December 2019**

|  |  | Jan - Dec 19 |
|---|---|---:|
| **Other Income/Expense** | | |
|   **Other Income** | | |
|     Interest Income | | 0.85 |
|     Other Income | | 146.45 |
|   **Total Other Income** | | 147.30 |
|   **Other Expense** | | |
|     Charity | | 31,373.50 |
|     Fines & Penalties | | 1,360.96 |
|     Traffic Tickets | | 0.00 |
|   **Total Other Expense** | | 32,734.46 |
| **Net Other Income** | | -32,587.16 |
| **Net Income** | | **130,132.42** |