# Monsey One - West Coast
## Profit & Loss
### January through December 2019

|  | Jan - Dec 19 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Gross Trucking Income** | |
|       Equipment Rental Income | 21,735.00 |
|     Total Gross Trucking Income | 21,735.00 |
|     **IM ACCESSORIAL** | 38,708.00 |
|     **IM CHASSIS USAGE** | 14,160.00 |
|     **IM CONGESTION** | 993.75 |
|     **IM DETENTION** | 3,450.00 |
|     **IM FREIGHT** | 97,955.15 |
|     **IM FSC** | 6,297.75 |
|     **IM GENSET** | 625.00 |
|     **IM OVER WEIGHT** | 300.00 |
|     **Intermodal** | |
|       Accessorial | -924.82 |
|       Accessorial - Chassis Rental Pe | -420.00 |
|       Intermodal - Other | -211.92 |
|     Total Intermodal | -1,556.74 |
|   **Total Income** | 182,667.91 |
|   **Cost of Goods Sold** | |
|     Equipment Rental Expense | 76,415.48 |
|     Outside Trucking Companies | 10,262.35 |
|     Pier Pass | 1,260.80 |
|     Truck Maintenance Costs | 631.09 |
|     Trucking fuel | 10,148.33 |
|     Warehousing | 512.00 |
|   **Total COGS** | 99,230.05 |
| **Gross Profit** | 83,437.86 |
|   **Expense** | |
|     Computer and Internet Expenses | 105.31 |
|     Consultant | 23,076.90 |
|     Legal Loss/Settlements | 19,088.56 |
|     Lodging | 914.01 |
|     Office Supplies | 48.92 |
|     **Payroll Expenses** | |
|       CA UI/DIS | 1,475.14 |
|       FICA Expenses | 3,549.61 |
|       Salary | 46,400.17 |
|     **Total Payroll Expenses** | 51,424.92 |
|     **Per Diem** | 47,035.00 |
|     **Reimbursements-Drivers** | 1,199.83 |
|     **Rent Expense** | 13,851.72 |
|     **Repairs and Maintenance** | 713.16 |
|     **Stack Chassis** | 1,300.00 |
|     **Utilities** | -527.69 |



EXHIBIT "F"

# Monsey One - West Coast
# Profit & Loss
### January through December 2019

|  | Jan - Dec 19 |
|---|---:|
| Waste | 394.75 |
| **Total Expense** | 158,625.39 |
| **Net Ordinary Income** | -75,187.53 |
| **Other Income/Expense** | |
|   Other Income | |
|     Other Income | 838.41 |
|   **Total Other Income** | 838.41 |
| **Net Other Income** | 838.41 |
| **Net Income** | **-74,349.12** |