# MONSEY ONE INC.
# Profit & Loss
### January through May 2020

|  | Jan - May 20 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Gross Trucking Income** | |
|       Equipment Rental Income | 8,495.00 |
|       Gross Trucking Income - Other | 8,490.00 |
|     **Total Gross Trucking Income** | 16,985.00 |
|     **IM ACCESSORIAL** | 54,094.00 |
|     **IM ALCOHOL FEE** | 350.00 |
|     **IM CHASSIS USAGE** | 63,715.00 |
|     **IM CONGESTION** | 31,750.00 |
|     **IM DETENTION** | 12,768.75 |
|     **IM FREIGHT** | 679,107.00 |
|     **IM FSC** | 35,455.41 |
|     **IM GENSET** | 7,680.00 |
|     **IM OVER WEIGHT** | 55,340.00 |
|     **Intermodal** | |
|       Accessorial - Chassis rental pe | 4,500.00 |
|       Accessorial - Detention charges | 206.25 |
|       Accessorial - Refrigerated carg | 600.00 |
|       Accessoriel | 4,008.90 |
|       Congestion | 150.00 |
|       Over Weight | 210.00 |
|       Intermodal - Other | 13,786.90 |
|     **Total Intermodal** | 23,462.05 |
|     **Toll Reimbursement-NYCT** | 1,136.82 |
|   **Total Income** | 981,844.03 |
|   **Cost of Goods Sold** | |
|     Equipment Rental Expense | 180,861.36 |
|     **Fuel & Tolls** | |
|       **Fuel** | |
|         NJ | 50,805.09 |
|       **Total Fuel** | 50,805.09 |
|       **Tolls** | 52,741.28 |
|     **Total Fuel & Tolls** | 103,546.37 |
|     **Subcontracting** | |
|       Driver | 140,327.02 |
|       Outside Trucking Companies | 44,196.05 |
|     **Total Subcontracting** | 184,523.07 |
|     Truck Maintenance Costs | -594.83 |
|   **Total COGS** | 468,335.97 |
| **Gross Profit** | 513,508.06 |
|   **Expense** | |
|     Advertising | 1,604.80 |
|     **Automobile Expense** | |
|       Car Insurance | 484.64 |


EXHIBIT "G"

# MONSEY ONE INC.
# Profit & Loss
### January through May 2020

|  | Jan - May 20 |
|---|---:|
| Car Rental | 49.57 |
| Parking | 16.00 |
| Repairs & Maintenance | 8.00 |
| **Total Automobile Expense** | 558.21 |
| **Bank Charge** | 1,101.75 |
| **Bankruptcy Court Fees** | 4,875.00 |
| **consultant** | 20,600.75 |
| **Credit Card Processing Fee** | 328.98 |
| **Demurrage** | 2,011.17 |
| **DRIVER DRUG TEST** | 0.00 |
| **Insurance Expense** |  |
|    Gen Liability/Phys./B.T.L/Cargo | 77,889.98 |
|    Health | 1,373.39 |
|    Workers Comp | 9,677.74 |
|    Insurance Expense - Other | -816.00 |
| **Total Insurance Expense** | 88,125.11 |
| **Interest Expense** | 1,006.33 |
| **Legal & Professional** |  |
|    Legal Fees | 42,007.98 |
|    Professional Fees | 17.00 |
| **Total Legal & Professional** | 42,024.98 |
| **Licenses and Permits** | 1,348.80 |
| **Meals (Fully Deductible)** | 565.05 |
| **Office Expense** |  |
|    Computer and Internet Expenses | 3,128.81 |
|    Computer Software | 7,468.82 |
|    Equipment Rental | 1,564.90 |
|    Office Supplies | 2,138.50 |
|    Tracking Devices Rental | 3,451.55 |
|    Waste | 657.35 |
|    Web Hosting Exp. | 74.84 |
|    Office Expense - Other | 2,730.42 |
| **Total Office Expense** | 21,215.19 |
| **Outside Services** | 2,657.92 |
| **Owner Operator Parking** | -4,225.00 |
| **Payroll Expenses** |  |
|    CALIFORNIA UI & DIS | 0.00 |
|    Employee Reimbursements | 1,166.00 |
|    FICA Expense | 24,554.70 |
|    FUI Expense | 640.54 |
|    NJSU | 5,638.76 |
|    Salary | 322,419.96 |
| **Total Payroll Expenses** | 354,419.96 |
| **Payroll Service Fee** | 1,769.60 |
| **Per Diem** | 3,980.00 |

**MONSEY ONE INC.**
# Profit & Loss
### January through May 2020

|  | Jan - May 20 |
|---|---:|
| **Postage & Shipping** | 55.00 |
| **Registration** | 9,236.52 |
| **Rent** | |
|     **18 Pulaski Yard** | 23,136.53 |
|     **California Yard** | -11,545.60 |
|     **Trailer at 18 pulaski St small** | 2,973.66 |
| **Total Rent** | 14,564.59 |
| **Taxes** | |
|     **2290** | 549.99 |
|     **Corp** | |
|         **CA** | 1,199.97 |
|     **Total Corp** | 1,199.97 |
| **Total Taxes** | 1,749.96 |
| **Telephone Expense** | 2,621.49 |
| **Towing Expense** | 1,214.67 |
| **Total Expense** | 573,410.83 |
| **Net Ordinary Income** | -59,902.77 |
| **Other Income/Expense** | |
|   **Other Expense** | |
|     **Charity** | 3,200.00 |
|   **Total Other Expense** | 3,200.00 |
| **Net Other Income** | -3,200.00 |
| **Net Income** | **-63,102.77** |