**In re: Monsey One Inc.**  
   Debtor

Case No. 20-12093

## CASH FLOW PROJECTIONS FOR THE 12 MONTH PERIOD: June 2020 through September 2021

This schedule must be filed with the Court and a copy submitted to the United States Trustee within 15 days after the order for relief. Amended cash flow projections should be submitted as necessary.

| | June | July | August | September | October | November | December | January | February | March | April | May | June | July | August | September | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning of Month** | $164,959.00 | $188,032.00 | $221,457.00 | $167,429.00 | $112,342.00 | $104,416.00 | $111,591.00 | $113,124.00 | $114,097.00 | $126,980.00 | $142,130.00 | $158,576.00 | $179,026.00 | $198,343.00 | $224,307.00 | $249,075.00 | |
| **RECEIPTS** | | | | | | | | | | | | | | | | | |
| CASH SALES | | | | | | | | | | | | | | | | | |
| ACCOUNTS RECEIVABLE | $190,854.00 | $239,734.00 | $163,118.00 | $173,118.00 | $151,627.00 | $154,505.00 | $149,922.00 | $149,361.00 | $177,638.00 | $170,826.00 | $147,529.00 | $146,694.00 | $158,552.00 | $170,432.00 | $166,986.00 | $178,049.00 | |
| LOANS AND ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| SALE OF ASSETS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| OTHER (ATTACH LIST) | $24,823.00 | $24,823.00 | $24,823.00 | $24,823.00 | $24,823.00 | $24,823.00 | $24,823.00 | $24,823.00 | $24,823.00 | $24,823.00 | $24,823.00 | $24,823.00 | $24,823.00 | $24,823.00 | $24,823.00 | $24,823.00 | |
| **TOTAL RECEIPTS** | $215,677.00 | $264,557.00 | $187,941.00 | $197,941.00 | $176,450.00 | $179,328.00 | $174,745.00 | $174,184.00 | $202,461.00 | $195,649.00 | $172,352.00 | $171,517.00 | $183,375.00 | $195,255.00 | $191,809.00 | $202,872.00 | |
| **DISBURSEMENTS** | | | | | | | | | | | | | | | | | |
| NET PAYROLL | $43,280.00 | $42,609.00 | $41,688.00 | $57,265.00 | $46,996.00 | $47,642.00 | $48,612.00 | $48,612.00 | $60,117.00 | $55,738.00 | $46,990.00 | $46,499.00 | $52,670.00 | $55,702.00 | $54,838.00 | $59,953.00 | |
| PAYROLL TAXES | $3,964.00 | $3,903.00 | $3,818.00 | $5,246.00 | $4,304.00 | $4,364.00 | $4,453.00 | $4,452.00 | $5,506.00 | $5,359.00 | $4,304.00 | $4,257.00 | $4,824.00 | $5,102.00 | $5,023.00 | $5,491.00 | |
| SALES, USE, AND OTHER TAXES | | | | | | | | | | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | | | | | | | | | | |
| SECURED/ RENTAL/ LEASES | $35,738.00 | $70,270.00 | $93,238.00 | $93,238.00 | $35,797.00 | $35,797.00 | $35,797.00 | $35,797.00 | $35,797.00 | $35,797.00 | $35,797.00 | $35,797.00 | $35,797.00 | $35,797.00 | $35,797.00 | $35,797.00 | |
| INSURANCE | $41,232.00 | $19,432.00 | $19,432.00 | $19,432.00 | $19,432.00 | $19,432.00 | $19,432.00 | $19,432.00 | $19,432.00 | $19,432.00 | $4,642.00 | $4,642.00 | $4,642.00 | $4,642.00 | $4,642.00 | $4,642.00 | |
| ADMINISTRATIVE & SELLING | $3,495.00 | $3,495.00 | $3,495.00 | $3,495.00 | $3,495.00 | $3,495.00 | $3,495.00 | $3,495.00 | $3,495.00 | $3,495.00 | $3,495.00 | $3,495.00 | $3,495.00 | $3,495.00 | $3,495.00 | $3,495.00 | |
| OTHER (ATTACH LIST) | $64,895.00 | $91,423.00 | $69,923.00 | $68,852.00 | $68,852.00 | $61,423.00 | $61,423.00 | $61,423.00 | $65,231.00 | $60,678.00 | $60,678.00 | $56,377.00 | $62,630.00 | $64,553.00 | $63,246.00 | $67,909.00 | |
| PROFESSIONAL FEES | | | $5,500.00 | $5,500.00 | $5,500.00 | | | | | | | | | | | | |
| U.S. TRUSTEE FEES | | | $4,875.00 | | | | | | | | | | | | | | |
| COURT COSTS | | | | | | | | | | | | | | | | | |
| **TOTAL DISBURSEMENTS** | $192,604.00 | $231,132.00 | $241,969.00 | $253,028.00 | $184,376.00 | $172,153.00 | $173,212.00 | $173,211.00 | $189,578.00 | $180,499.00 | $155,906.00 | $151,067.00 | $164,058.00 | $169,291.00 | $167,041.00 | $177,287.00 | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | $23,073.00 | $33,425.00 | -$54,028.00 | -$55,087.00 | -$7,926.00 | $7,175.00 | $1,533.00 | $973.00 | $12,883.00 | $15,150.00 | $16,446.00 | $20,450.00 | $19,317.00 | $25,964.00 | $24,768.00 | $25,585.00 | |
| **Cash End of Month** | $188,032.00 | $221,457.00 | $167,429.00 | $112,342.00 | $104,416.00 | $111,591.00 | $113,124.00 | $114,097.00 | $126,980.00 | $142,130.00 | $158,576.00 | $179,026.00 | $198,343.00 | $224,307.00 | $249,075.00 | $274,660.00 | |

# EXHIBIT "J"

Cash Basis

|  | 10/01/21-9/30/22 |
|---|---:|
| Sales Receipts | 2,348,461 |
| COGS (Contractor Pay, Fuel & Tolls, Outside Trucking, etc.) | -1,195,635 |
| Gross Margin | 1,152,826 |
| Operating Expenses -Including Administrative Expenses (Office Payroll) & Insurance | -943,756 |
| Net Profit | 209,070 |

|  | 10/01/23-09/30/24 |
|---|---:|
| Sales Receipts | 2,638,731 |
| COGS (Contractor Pay, Fuel & Tolls, Outside Trucking, etc.) | -1,330,267 |
| Gross Margin | 1,308,464 |
| Operating Expenses - Including Administrative Expenses (Office Payroll) & Insurance | -1,039,302 |
| Net Profit | 269,161 |

|  | 10/01/22-9/30/23 |
|---|---:|
| Sales Receipts | 2,489,369 |
| COGS (Contractor Pay, Fuel & Tolls, Outside Trucking, etc.) | -1,261,156 |
| Gross Margin | 1,228,213 |
| Operating Expenses - Including Administrative Expenses (Office Payroll) & Insurance | -990,378 |
| Net Profit | 237,835 |

|  | 10/01/24-09/30/25 |
|---|---:|
| Sales Receipts | 2,797,055 |
| COGS (Contractor Pay, Fuel & Tolls, Outside Trucking, etc.) | -1,403,166 |
| Gross Margin | 1,393,889 |
| Operating Expenses - Including Administrative Expenses (Office Payroll) & Insurance | -1,090,644 |
| Net Profit | 303,245 |