COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Jeffrey W. Herrmann, Esq.
Alex A. Pisarevsky, Esq.
Park 80 West - Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Tel: (201)845-9600
jwh@njlawfirm.com
Attorneys for Debtor

# UNITED STATE BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE:     X | : | Honorable Vincent F. Papalia |
| | : | Chapter 11 |
| | : | Case No. 20-12093 |
| MONSEY ONE INC., | : | |
| | : | **NOTICE OF DEBTOR'S** |
| | : | **OBJECTION TO THE CLAIM OF** |
| Debtor. | : | **CLIFTON BOULEVARD** |
| | : | **PROPERTY, INC.** |

**Hearing Date: October 14, 2020**
**Objection Deadline: October 7, 2020**

     PLEASE TAKE NOTICE that on October 14, 2020 at 10:00am, Cohn Lifland Pearlman Herrmann & Knopf LLP, counsel for debtor, Monsey One Inc., will apply to the Honorable Vincent F. Papalia, United States Bankruptcy Judge, United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Courtroom 3B, Newark, New Jersey 07102, for the entry of an Order disallowing and expunging the claim of Clifton Boulevard Property, Inc. (Claim No. 16-1) for the reasons set forth more fully in the Memorandum of Law filed herewith.

     PLEASE TAKE FURTHER NOTICE, that the within motion shall be deemed uncontested and the proposed form of order signed in the discretion of the Court, unless a

response is timely filed stating with particularity the basis of the opposition to the relief sought.

PLEASE TAKE FURTHER NOTICE that any opposition to the within motion must be filed with the Clerk of the Court together with proof of service thereof, and served so as to be actually received no later than October 7, 2020 by counsel to Debtor, as follows:

> Jeffrey W. Herrmann, Esq.
> Cohn Lifland Pearlman
> Herrmann & Knopf LLP
> Park 80 West – Plaza One
> 250 Pehle Ave., Suite 401
> Saddle Brook, NJ 07663

PLEASE TAKE FURTHER NOTICE that opposition to the relief sought in the within motion, if any, must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; and (c) state with particularity the legal and factual basis for the opposition.

> COHN LIFLAND PEARLMAN
> HERRMANN & KNOPF LLP
> Attorneys for Debtor
>
> By: /s/Jeffrey W. Herrmann
> Jeffrey W. Herrmann
> A Member of the Firm

DATED: September 14, 2020