

Order Filed on October 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>COHN LIFLAND PEARLMAN<br> HERRMANN & KNOPF LLP<br>Attorneys for Debtor<br>Park 80 West-Plaza One<br>250 Pehle Avenue, Suite 401<br>Saddle Brook, New Jersey 07663<br> (201)845-9600<br>Our File: 40,445-0 | |
| In Re:<br><br>MONSEY ONE INC.,<br><br>                Debtor. | Case No.: 20-12093<br><br>Hearing Date: October 27, 2020<br><br>Chapter 11<br><br>Judge:  Vincent F. Papalia |

# CONSENT ORDER RESOLVING
## CONTRACT LEASING CORPORATION'S OBJECTION
## TO DEBTOR'S MOTION TO MODIFY CLAIIM

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: October 23, 2020**

                                                    _____
                                                    **Honorable Vincent F. Papalia**
                                                    **United States Bankruptcy Judge**

Page 2
Debtor: MONSEY ONE INC.
Case No.: 20-12093(VFP)
Caption of Order: **CONSENT ORDER RESOLVING CONTRACT LEASING CORPORATION'S TO DEBTOR'S MOTION TO MODIFY CLAIM**

---

This matter having been brought before the Court by COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP, attorneys for Debtor for an Order reducing the claim of Contract Leasing Corp., and creditor, Contract Leasing Corp. having consented to the entry of the within Order; and for good cause shown;

It is ORDERED as follows:

1. Creditor Contract Leasing Corp.'s claim no. 5, filed on March 2, 2020, in the amount of $24,302.62 is hereby reduced by consent to the amount of $17,000.00.

2. We hereby consent to the form and substance of the within Order.

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP                    SALDUTTI LAW GROUP
Attorneys for Debtor                    Attorneys for Creditor
                                        Contract Leasing Corp.

By: __Jeffrey W. Herrmann__             By: _____
    Jeffrey W. Herrmann                     Rebecca K. McDowell
    A Member of the Firm