Debtor Name __Monsey One Inc.__

United States Bankruptcy Court for the: _____ District of __New Jersey__

Case number: __20-12093(VFP)__

❑ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __October__

Date report filed: __12/03/20__
MM / DD / YYYY

Line of business: __Trucking__

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:

Original signature of responsible party _____

Printed name of responsible party __Baruch Guzelgul__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. Did the business operate during the entire reporting period? | ☒ | ❑ | ❑ |
| 2. Do you plan to continue to operate the business next month? | ☒ | ❑ | ❑ |
| 3. Have you paid all of your bills on time? | ❑ | ☒ | ❑ |
| 4. Did you pay your employees on time? | ☒ | ❑ | ❑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ❑ | ❑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☒ | ❑ | ❑ |
| 7. Have you timely filed all other required government filings? | ☒ | ❑ | ❑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ❑ | ❑ |
| 9. Have you timely paid all of your insurance premiums? | ☒ | ❑ | ❑ |
| **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ❑ | ☒ | ❑ |
| 11. Have you sold any assets other than inventory? | ❑ | ☒ | ❑ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☒ | ❑ |
| 13. Did any insurance company cancel your policy? | ❑ | ☒ | ❑ |
| 14. Did you have any unusual or significant unanticipated expenses? | ❑ | ☒ | ❑ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☒ | ❑ |
| 16. Has anyone made an investment in your business? | ❑ | ☒ | ❑ |

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☒ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☒ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _380,135_

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ _207,631_

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ _263,483_

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ _(55,852)_

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ _324,283_

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ _179,807_

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

     (Exhibit F)

$ 244,569

## 5. Employees

26. What was the number of employees when the case was filed?  14
27. What is the number of employees as of the date of this monthly report?  9

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 36,870
30. How much have you paid this month in other professional fees?  $ 0
31. How much have you paid in total other professional fees since filing the case?  $ 250

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | — | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 176,450 | — | $ 207,631 | = | $ 31,181 |
| 33. **Cash disbursements** | $ 184,376 | — | $ 263,483 | = | $ (79,107) |
| 34. **Net cash flow** | $ (7,926) | — | $ (55,852) | = | $ (47,926) |

35. Total projected cash receipts for the next month:  $ 331,757
36. Total projected cash disbursements for the next month:  - $ 180,253
37. Total projected net cash flow for the next month:  = $ 151,504

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

❏   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

❏   39.   Bank reconciliation reports for each account.

❏   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

❏   41.   Budget, projection, or forecast reports.

❏   42.   Project, job costing, or work-in-progress reports.

<u>Answer to question no. 3</u>

Post-petition amounts are being negotiated between parties, as there are differences to the amounts owed claimed by each party. Once a resolution is made with regards to amounts, payments will be sent immediately.

# EXHIBIT "A"

# MONSEY ONE INC.
## Custom Transaction Detail Report

October 2020

| Type | Date | Num | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|
| Deposit | 10/01/2020 | | Deposit | √ | Undeposited Funds | 200.00 |
| Deposit | 10/01/2020 | | Deposit | √ | Undeposited Funds | 17,211.25 |
| Deposit | 10/01/2020 | | Deposit | √ | 18 Pulaski Yard | 5,000.00 |
| Deposit | 10/02/2020 | | Deposit | √ | Undeposited Funds | 21,842.50 |
| Deposit | 10/05/2020 | | Deposit | √ | Undeposited Funds | 1,875.00 |
| Deposit | 10/05/2020 | | Deposit | √ | -SPLIT- | 11,356.26 |
| Deposit | 10/06/2020 | | Deposit | √ | California Yard | 19,827.50 |
| Deposit | 10/07/2020 | | Deposit | √ | Undeposited Funds | 5,726.25 |
| Deposit | 10/07/2020 | | Deposit | √ | -SPLIT- | 4,570.03 |
| Deposit | 10/08/2020 | | Deposit | √ | Undeposited Funds | 4,650.00 |
| Deposit | 10/08/2020 | | Deposit | √ | Undeposited Funds | 11,716.25 |
| Deposit | 10/13/2020 | | Deposit | √ | -SPLIT- | 7,461.26 |
| Deposit | 10/15/2020 | | Deposit | √ | Undeposited Funds | 720.00 |
| Deposit | 10/15/2020 | | Deposit | √ | Undeposited Funds | 4,680.25 |
| Deposit | 10/15/2020 | | Deposit | √ | -SPLIT- | 20,955.16 |
| Deposit | 10/20/2020 | | Deposit | √ | Undeposited Funds | 680.00 |
| Deposit | 10/20/2020 | | Deposit | √ | Undeposited Funds | 600.00 |
| Deposit | 10/21/2020 | | Deposit | √ | Undeposited Funds | 600.00 |
| Deposit | 10/21/2020 | | Deposit | √ | Undeposited Funds | 670.00 |
| Deposit | 10/21/2020 | | Deposit | √ | Undeposited Funds | 24,788.75 |
| Deposit | 10/23/2020 | | Deposit | √ | -SPLIT- | 17,820.00 |
| Deposit | 10/23/2020 | | Deposit | √ | Undeposited Funds | 2,200.00 |
| Deposit | 10/26/2020 | | Deposit | √ | -SPLIT- | 5,912.53 |
| Deposit | 10/27/2020 | | Deposit | √ | Undeposited Funds | 3,015.00 |
| Deposit | 10/27/2020 | | Deposit | √ | Undeposited Funds | 795.00 |
| Deposit | 10/28/2020 | | Deposit | √ | Undeposited Funds | 912.50 |
| Deposit | 10/29/2020 | | Deposit | √ | Undeposited Funds | 945.00 |
| Deposit | 10/30/2020 | | Deposit | √ | Undeposited Funds | 4,525.00 |
| Deposit | 10/30/2020 | | Deposit | √ | -SPLIT- | 6,375.00 |
| **TOTAL** | | | | | | **207,630.49** |

# EXHIBIT "C"

# MONSEY ONE  INC.
## Custom Transaction Detail Report

October 2020

| Type | Date | Num | Memo | Clr | Split | Amount |
|------|------|-----|------|-----|-------|--------|
| Check | 10/01/2020 | 4558 | | √ | Driver | -25.00 |
| Check | 10/01/2020 | 4566 | | √ | Driver Loans | -100.00 |
| Check | 10/01/2020 | 4567 | 09/20-09/26 | √ | -SPLIT- | -2,370.00 |
| Check | 10/01/2020 | 4568 | | √ | Paychex Direct Deposit Liabilit | -766.00 |
| Check | 10/01/2020 | 4569 | | √ | Paychex Direct Deposit Liabilit | -2,757.90 |
| Check | 10/01/2020 | 4570 | | √ | Paychex Direct Deposit Liabilit | -390.21 |
| Check | 10/01/2020 | 4571 | | √ | Paychex Direct Deposit Liabilit | -1,036.34 |
| Check | 10/01/2020 | 4572 | | √ | Paychex Direct Deposit Liabilit | -1,252.06 |
| Check | 10/01/2020 | 4573 | | √ | Paychex Direct Deposit Liabilit | -640.72 |
| Check | 10/01/2020 | 4574 | | √ | consultant | -2,755.75 |
| Check | 10/01/2020 | 4575 | | √ | Paychex Direct Deposit Liabilit | -750.03 |
| Check | 10/01/2020 | ACH | | √ | Office Supplies | -1.99 |
| Check | 10/01/2020 | ACH | | √ | MT - 903 | -9.00 |
| Check | 10/01/2020 | ACH | | √ | Computer Software | -725.00 |
| Check | 10/01/2020 | ACH | | √ | Bank Charge | -30.00 |
| Check | 10/01/2020 | ACH | | √ | Bank Charge | -15.00 |
| Check | 10/01/2020 | ACH | | √ | Bank Charge | -15.00 |
| Check | 10/02/2020 | ACH | | √ | Paychex Tax Liabilities | -2,629.35 |
| Check | 10/02/2020 | 4576 | 09/20-09/26 | √ | -SPLIT- | -1,970.85 |
| Check | 10/02/2020 | 4577 | 09/20-09/26 | √ | -SPLIT- | -1,549.40 |
| Check | 10/02/2020 | 4578 | Additional for Egg Harbor | √ | -SPLIT- | -25.00 |
| Check | 10/02/2020 | 4579 | Additional for Egg Harbor | √ | -SPLIT- | -25.00 |
| Check | 10/02/2020 | 4580 | 09/20-09/26 | √ | -SPLIT- | -2,010.00 |
| Check | 10/02/2020 | 4581 | 09/20-09/26 | √ | -SPLIT- | -1,415.00 |
| Check | 10/02/2020 | 4582 | 09/20-09/26 | √ | -SPLIT- | -2,535.00 |
| Check | 10/02/2020 | 4583 | 09/20-09/26 | √ | -SPLIT- | -2,485.00 |
| Check | 10/02/2020 | 4585 | | √ | Driver | -80.00 |
| Check | 10/02/2020 | 4586 | | √ | -SPLIT- | -54.55 |
| Check | 10/02/2020 | 4587 | | √ | -SPLIT- | -12.00 |
| Check | 10/02/2020 | ACH | | √ | Office Supplies | -10.83 |
| Check | 10/02/2020 | ACH | | √ | Advertising | -124.81 |
| Check | 10/02/2020 | ACH | | √ | Truck Maintenance Costs | -223.30 |
| Check | 10/02/2020 | ACH | | | Wage Garnishment | -296.00 |
| Check | 10/05/2020 | 4588 | | √ | Driver Loans | -60.00 |
| Check | 10/05/2020 | 4589 | | √ | Paychex Direct Deposit Liabilit | -100.00 |
| Check | 10/05/2020 | 4473 | 09/20-09/26 | | -SPLIT- | -2,110.00 |
| Check | 10/05/2020 | 4590 | 09/20-09/26 | √ | -SPLIT- | -2,460.00 |
| Check | 10/05/2020 | ACH | | √ | Truck Maintenance Costs | -159.75 |
| Bill Pmt -Check | 10/05/2020 | ACH | | √ | Accounts Payable | -538.97 |
| Check | 10/05/2020 | ACH | | √ | Tolls | -2,104.25 |
| Check | 10/06/2020 | 4591 | 09/27-10/04 | √ | -SPLIT- | -887.60 |
| Check | 10/06/2020 | ACH | | √ | Advertising | -174.96 |
| Check | 10/06/2020 | ACH | | √ | Tracking Devices Rental | -325.09 |
| Check | 10/06/2020 | ACH | | √ | Gen Liability/Phys./B.T.L/Cargo | -12,069.35 |
| Bill Pmt -Check | 10/06/2020 | ACH | | √ | Accounts Payable | -416.88 |
| Check | 10/06/2020 | ACH | | √ | Bank Charge | -15.00 |
| Check | 10/07/2020 | 4593 | CAS4783 - Still owes CMAU0161777, APZU37 | √ | Outside Trucking Companies | -2,310.00 |
| Check | 10/07/2020 | ACH | | √ | Office Supplies | -19.99 |
| Check | 10/07/2020 | ACH | | √ | California Yard | -17,504.85 |
| Bill Pmt -Check | 10/07/2020 | ACH | | √ | Accounts Payable | -391.67 |
| Check | 10/08/2020 | ACH | | √ | Paychex Tax Liabilities | -2,313.24 |
| Check | 10/08/2020 | 4594 | | √ | -SPLIT- | -110.00 |

# EXHIBIT "D"

# MONSEY ONE INC.
## Custom Transaction Detail Report

October 2020

| Type | Date | Num | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 10/08/2020 | 4595 | | √ | Accounts Payable | -2,059.32 |
| Check | 10/08/2020 | 4596 | | √ | Paychex Direct Deposit Liabilit | -2,757.90 |
| Check | 10/08/2020 | 4597 | | √ | Paychex Direct Deposit Liabilit | -452.05 |
| Check | 10/08/2020 | 4598 | | √ | Paychex Direct Deposit Liabilit | -1,064.42 |
| Check | 10/08/2020 | 4599 | | √ | Paychex Direct Deposit Liabilit | -816.00 |
| Check | 10/08/2020 | 4616 | | √ | Paychex Direct Deposit Liabilit | -718.11 |
| Check | 10/08/2020 | 4601 | | √ | Paychex Direct Deposit Liabilit | -693.89 |
| Check | 10/08/2020 | 4604 | | √ | Paychex Direct Deposit Liabilit | -638.78 |
| Check | 10/08/2020 | 4602 | | √ | Paychex Direct Deposit Liabilit | -2,755.75 |
| Check | 10/08/2020 | 4603 | | √ | Outside Services | -126.00 |
| Check | 10/08/2020 | ACH | | √ | Bank Charge | -30.00 |
| Check | 10/08/2020 | ACH | | √ | Bank Charge | -10.00 |
| Check | 10/08/2020 | ACH | | | Wage Garnishment | -296.00 |
| Check | 10/09/2020 | 4605 | L81670 | √ | Outside Trucking Companies | -1,200.00 |
| Check | 10/09/2020 | 4606 | 09/27-10/02 | √ | -SPLIT- | -1,925.00 |
| Check | 10/09/2020 | 4607 | 09/27-10/02 | √ | -SPLIT- | -1,760.00 |
| Check | 10/09/2020 | 4608 | 09/27-10/02 | √ | -SPLIT- | -2,260.00 |
| Check | 10/09/2020 | 4609 | 09/27-10/02 | √ | -SPLIT- | -720.00 |
| Check | 10/09/2020 | 4610 | 09/27-10/02 | √ | -SPLIT- | -1,530.70 |
| Check | 10/09/2020 | 4611 | 09/27-10/02 | √ | -SPLIT- | -2,085.40 |
| Check | 10/09/2020 | 4612 | | √ | Paychex Direct Deposit Liabilit | -127.65 |
| Check | 10/09/2020 | 4613 | Owed from last week | √ | Driver | -70.00 |
| Check | 10/09/2020 | 4614 | Owed o/w on cranbury nj load | √ | -SPLIT- | -50.00 |
| Check | 10/09/2020 | ACH | | √ | Licenses and Permits | -501.00 |
| Check | 10/12/2020 | 4615 | | √ | Paychex Direct Deposit Liabilit | -1,294.44 |
| Check | 10/12/2020 | 4617 | 09/27-10/03 | √ | -SPLIT- | -1,680.00 |
| Check | 10/13/2020 | 4618 | | √ | Truck Maintenance Costs | -200.00 |
| Bill Pmt -Check | 10/13/2020 | 4619 | | √ | Accounts Payable | -3,870.00 |
| Check | 10/13/2020 | 4620 | 12099 | √ | Truck Maintenance Costs | -853.00 |
| Check | 10/13/2020 | 4621 | 12101 | √ | Truck Maintenance Costs | -799.70 |
| Check | 10/13/2020 | 4622 | | √ | Outside Services | -91.27 |
| Check | 10/13/2020 | ACH | | √ | Office Expense | -159.94 |
| Check | 10/13/2020 | ACH | | √ | Tolls | -3,000.00 |
| Check | 10/13/2020 | ACH | | √ | Tolls | -11,865.00 |
| Bill Pmt -Check | 10/13/2020 | ACH | | √ | Accounts Payable | -1,041.75 |
| Check | 10/14/2020 | 4623 | | √ | Driver Loans | -100.00 |
| Bill Pmt -Check | 10/14/2020 | ACH | | √ | Accounts Payable | -495.19 |
| Check | 10/15/2020 | 4624 | | √ | Driver | -35.00 |
| Check | 10/15/2020 | 4625 | 10/05-10/11 | √ | -SPLIT- | -2,276.00 |
| Check | 10/15/2020 | 4626 | | √ | Paychex Direct Deposit Liabilit | -2,757.90 |
| Check | 10/15/2020 | 4627 | | √ | Paychex Direct Deposit Liabilit | -648.14 |
| Check | 10/15/2020 | 4628 | | √ | Paychex Direct Deposit Liabilit | -1,044.63 |
| Check | 10/15/2020 | 4629 | | √ | Paychex Direct Deposit Liabilit | -816.00 |
| Check | 10/15/2020 | 4630 | | √ | Paychex Direct Deposit Liabilit | -797.40 |
| Check | 10/15/2020 | 4631 | | √ | Paychex Direct Deposit Liabilit | -1,153.93 |
| Check | 10/15/2020 | 4632 | | √ | Paychex Direct Deposit Liabilit | -751.47 |
| Check | 10/15/2020 | 4633 | | √ | Paychex Direct Deposit Liabilit | -992.30 |
| Check | 10/15/2020 | 4634 | | √ | consultant | -2,755.75 |
| Check | 10/15/2020 | 4635 | Tax Preparation | √ | consultant | -300.00 |
| Check | 10/15/2020 | ACH | | √ | Bank Charge | -30.00 |
| Check | 10/15/2020 | ACH | | √ | Paychex Tax Liabilities | -2,667.49 |
| Check | 10/16/2020 | 4636 | Reimbursements for using personal card ending | √ | Truck Maintenance Costs | -2,665.02 |

# MONSEY ONE INC.
## Custom Transaction Detail Report

October 2020

| Type | Date | Num | Memo | Clr | Split | Amount |
|------|------|-----|------|-----|-------|--------|
| Check | 10/16/2020 | 4637 | 10/05-10/11 | √ | -SPLIT- | -1,906.20 |
| Check | 10/16/2020 | 4638 | 10/05-10/11 | √ | -SPLIT- | -2,383.70 |
| Check | 10/16/2020 | 4639 | 10/04-10/11 | √ | -SPLIT- | -2,536.00 |
| Check | 10/16/2020 | 4640 | Owed from Jewish holiday | √ | Driver | -60.00 |
| Check | 10/16/2020 | 4641 | 10/04-10/11 | √ | -SPLIT- | -1,341.00 |
| Check | 10/16/2020 | 4642 | | √ | Outside Services | -36.46 |
| Check | 10/16/2020 | ACH | | √ | Telephone Expense | -287.00 |
| Check | 10/16/2020 | ACH | | √ | Office Expense | -345.47 |
| Check | 10/16/2020 | ACH | | √ | Truck Maintenance Costs | -538.93 |
| Check | 10/19/2020 | 4643 | 10/05-10/09 Work | √ | -SPLIT- | -1,515.00 |
| Check | 10/19/2020 | 4644 | 10/05-10/12 | √ | -SPLIT- | -1,978.00 |
| Check | 10/19/2020 | 4645 | | | Driver | -12.00 |
| Check | 10/19/2020 | 4646 | | √ | Outside Services | -28.64 |
| Check | 10/19/2020 | 4647 | | √ | Paychex Direct Deposit Liabilit | -781.74 |
| Check | 10/19/2020 | ACH | | √ | Telephone Expense | -433.43 |
| Bill Pmt -Check | 10/19/2020 | ACH | | √ | Accounts Payable | -1,295.98 |
| Bill Pmt -Check | 10/20/2020 | 4648 | | √ | Accounts Payable | -3,779.00 |
| Check | 10/20/2020 | ACH | | √ | NJ | -200.00 |
| Check | 10/20/2020 | ACH | | √ | Insurance Expense | -282.00 |
| Bill Pmt -Check | 10/20/2020 | ACH | | √ | Accounts Payable | -521.39 |
| Bill Pmt -Check | 10/21/2020 | ACH | | √ | Accounts Payable | -468.98 |
| Check | 10/21/2020 | ACH | | √ | Advertising | -494.43 |
| Check | 10/22/2020 | ACH | | √ | Paychex Tax Liabilities | -3,242.69 |
| Bill Pmt -Check | 10/22/2020 | 4649 | | √ | Accounts Payable | -852.00 |
| Check | 10/22/2020 | 4650 | | √ | Paychex Direct Deposit Liabilit | -645.41 |
| Check | 10/22/2020 | 4651 | | √ | Paychex Direct Deposit Liabilit | -2,757.90 |
| Check | 10/22/2020 | 4652 | | √ | Paychex Direct Deposit Liabilit | -655.16 |
| Check | 10/22/2020 | 4653 | | √ | Paychex Direct Deposit Liabilit | -1,306.41 |
| Check | 10/22/2020 | 4654 | | √ | Paychex Direct Deposit Liabilit | -816.00 |
| Check | 10/22/2020 | 4655 | | √ | Paychex Direct Deposit Liabilit | -916.31 |
| Check | 10/22/2020 | 4656 | | √ | Paychex Direct Deposit Liabilit | -1,078.63 |
| Check | 10/22/2020 | 4657 | | √ | Paychex Direct Deposit Liabilit | -844.49 |
| Check | 10/22/2020 | 4658 | | √ | Paychex Direct Deposit Liabilit | -1,121.99 |
| Check | 10/22/2020 | 4659 | | √ | Paychex Direct Deposit Liabilit | -775.41 |
| Check | 10/22/2020 | 4660 | | √ | consultant | -2,755.75 |
| Check | 10/22/2020 | 4661 | 10/12-10/18 | √ | -SPLIT- | -1,460.00 |
| Check | 10/22/2020 | 4662 | 10/12-10/18 | √ | -SPLIT- | -2,005.00 |
| Check | 10/22/2020 | 4663 | | √ | Outside Services | -51.63 |
| Check | 10/22/2020 | 4664 | | √ | Outside Services | -11.76 |
| Check | 10/22/2020 | ACH | | √ | Advertising | -250.00 |
| Check | 10/22/2020 | ACH | | √ | Licenses and Permits | -210.50 |
| Check | 10/22/2020 | ACH | | √ | Advertising | -345.72 |
| Check | 10/22/2020 | ACH | | √ | Bank Charge | -30.00 |
| Check | 10/23/2020 | 4665 | 10/12-10/18 | √ | -SPLIT- | -2,610.95 |
| Check | 10/23/2020 | 4666 | 10/12-10/18 | √ | -SPLIT- | -1,072.95 |
| Check | 10/23/2020 | 4667 | 10/12-10/18 | √ | -SPLIT- | -1,900.00 |
| Check | 10/23/2020 | 4668 | 10/12-10/18 | | -SPLIT- | -2,380.00 |
| Check | 10/23/2020 | 4669 | Reimbursements for repairs on personal card | √ | Truck Maintenance Costs | -2,763.35 |
| Check | 10/23/2020 | 4670 | owed money | √ | -SPLIT- | -45.00 |
| Check | 10/23/2020 | 4671 | | √ | Driver | -30.00 |
| Bill Pmt -Check | 10/26/2020 | 4672 | | √ | Accounts Payable | -1,600.00 |
| Check | 10/26/2020 | 4673 | Owed money | √ | Driver | -30.00 |

# MONSEY ONE  INC.
## Custom Transaction Detail Report

October 2020

| Type | Date | Num | Memo | Clr | Split | Amount |
|------|------|-----|------|-----|-------|--------|
| Bill Pmt -Check | 10/26/2020 | ACH | | √ | Accounts Payable | -811.15 |
| Check | 10/27/2020 | 4675 | installment Payment | | Gross Trucking Income | -1,000.00 |
| Bill Pmt -Check | 10/27/2020 | ACH | | √ | Accounts Payable | -430.97 |
| Check | 10/28/2020 | 4674 | | √ | Outside Trucking Companies | -720.00 |
| Check | 10/28/2020 | ACH | | √ | NJ | -200.00 |
| Check | 10/28/2020 | ACH | | √ | Bank Charge | -60.00 |
| Check | 10/29/2020 | ACH | | √ | Paychex Tax Liabilities | -3,819.56 |
| Check | 10/29/2020 | 4676 | 10/19-10/23 | √ | -SPLIT- | -2,815.00 |
| Check | 10/29/2020 | 4677 | | | Paychex Direct Deposit Liabilit | -632.19 |
| Check | 10/29/2020 | 4678 | | √ | Paychex Direct Deposit Liabilit | -2,757.90 |
| Check | 10/29/2020 | 4679 | | | Paychex Direct Deposit Liabilit | -774.19 |
| Check | 10/29/2020 | 4680 | | | Paychex Direct Deposit Liabilit | -1,094.30 |
| Check | 10/29/2020 | 4681 | | √ | Paychex Direct Deposit Liabilit | -816.00 |
| Check | 10/29/2020 | 4691 | | | -SPLIT- | -1,042.76 |
| Check | 10/29/2020 | 4683 | | √ | Paychex Direct Deposit Liabilit | -1,263.80 |
| Check | 10/29/2020 | 4684 | | | Paychex Direct Deposit Liabilit | -1,163.51 |
| Check | 10/29/2020 | 4685 | | √ | Paychex Direct Deposit Liabilit | -889.53 |
| Check | 10/29/2020 | 4686 | | | consultant | -2,755.75 |
| Bill Pmt -Check | 10/29/2020 | 4695 | | | Accounts Payable | -19,597.08 |
| Check | 10/29/2020 | ACH | | √ | Bank Charge | -30.00 |
| Check | 10/29/2020 | ACH | | √ | Bank Charge | -15.00 |
| Check | 10/29/2020 | ACH | | | Wage Garnishment | -296.00 |
| Check | 10/30/2020 | 4687 | 10/19-10/25 | | -SPLIT- | -760.00 |
| Check | 10/30/2020 | 4688 | 10/19-10/25 | √ | -SPLIT- | -2,483.15 |
| Check | 10/30/2020 | 4689 | 10/19-10/25 | √ | -SPLIT- | -2,150.05 |
| Check | 10/30/2020 | 4690 | 10/19-10/25 | √ | -SPLIT- | -2,545.00 |
| Check | 10/30/2020 | 4692 | 10/19-10/25 | | -SPLIT- | -2,110.00 |
| Check | 10/30/2020 | ACH | | √ | Gen Liability/Phys./B.T.L/Cargo | -11,712.63 |
| **TOTAL** | | | | | | **-263,482.86** |

# MONSEY ONE  INC.
## Unpaid Bills Detail

As of October 31, 2020

| | Type | Date | Num | Due Date | Open Balance |
|---|---|---|---|---|---|
| **Boston Trailer** | | | | | |
| | Bill | 02/29/2020 | RI35633 | 03/10/2020 | 876.65 |
| | Bill | 03/31/2020 | RI36188 | 04/10/2020 | 941.60 |
| Total Boston Trailer | | | | | 1,818.25 |
| **Chase** | | | | | |
| | CC Balance Accrued | | | | 12,144.86 |
| | | | | | 12,144.86 |
| **Clifton Blvd Property** | | | | | |
| | Bill | 09/01/2020 | BCP0920-9 | 09/01/2020 | 4,733.75 |
| | Bill | 09/01/2020 | MOT0920-9 | 09/01/2020 | 5,064.79 |
| | | 10/01/2020 | BCP1020-10 | 10/01/2020 | 4,733.75 |
| | | 10/01/2020 | MOT1020-10 | 10/01/2020 | 5,064.79 |
| Total Clifton Blvd Property | | | | | 19,597.08 |
| **DLL Financial Services Inc** | | | | | |
| | Bill | 02/08/2020 | 66860770 | 03/01/2020 | 312.98 |
| | Bill | 03/07/2020 | 67143414 | 04/01/2020 | 312.98 |
| | Bill | 04/12/2020 | 67659398 | 05/01/2020 | 312.98 |
| | Bill | 05/09/2020 | 68400587 | 06/01/2020 | 312.98 |
| | Bill | 06/06/2020 | 68400587 | 06/27/2020 | 312.98 |
| | | | | | 1,564.90 |
| **Ebenezer Truck Repair** | | | | | |
| | | 07/29/2020 | 12091 | 08/08/2020 | 1,169.00 |
| | | 07/31/2020 | 12097 | 08/10/2020 | 890.32 |
| | | 07/31/2020 | 12098 | 08/10/2020 | 1,600.00 |
| Total Ebenezer Truck Repair | | | | | 3,659.32 |
| **G&B** | | 08/25/2020 | BYN33074600 | 09/24/2020 | 3,779.00 |
| Total G&B | | | | | 3,779.00 |
| **Gridline** | | | | | |
| | Bill | 02/27/2020 | 34139 | 03/01/2020 | 360.00 |
| | Bill | 03/27/2020 | 34676 | 04/01/2020 | 360.00 |
| | Bill | 04/27/2020 | | 05/01/2020 | 360.00 |
| | Bill | 05/27/2020 | | 06/01/2020 | 360.00 |
| | Bill | 06/27/2020 | | 07/01/2020 | 360.00 |
| | | 07/27/2020 | | 08/01/2020 | 360.00 |
| Total Gridline | | | | | 2,160.00 |
| **Mediterranean Shipping Company** | | | | | |
| | Bill | 02/19/2020 | 100000395735P | 03/20/2020 | 115.00 |
| | | 08/19/2020 | 100000476780P | 09/18/2020 | 345.00 |
| | | 10/05/2020 | 100000499016P | 11/04/2020 | 115.00 |
| | | 10/07/2020 | 100000506069P | 11/06/2020 | 320.00 |
| | | 10/07/2020 | 100000506213P | 11/06/2020 | 1,480.00 |
| | | 10/09/2020 | 100000508565P | 11/08/2020 | 625.00 |
| | | 10/12/2020 | 100000510912P | 11/11/2020 | 2,290.00 |
| | | 10/16/2020 | 100000514935P | 11/15/2020 | 230.00 |
| | | 10/16/2020 | 100000514936P | 11/15/2020 | 115.00 |
| | | 10/16/2020 | 100000514843P | 11/15/2020 | 345.00 |
| | | 10/16/2020 | 100000514845P | 11/15/2020 | 625.00 |
| | | 10/16/2020 | 100000514847P | 11/15/2020 | 625.00 |
| | | 10/16/2020 | 100000514849P | 11/15/2020 | 230.00 |
| | | 10/16/2020 | 100000514850P | 11/15/2020 | 790.00 |
| | | 10/16/2020 | 100000514854P | 11/15/2020 | 115.00 |
| | | 10/16/2020 | 100000514855P | 11/15/2020 | 230.00 |
| | | 10/16/2020 | 100000514856P | 11/15/2020 | 115.00 |
| | | 10/16/2020 | 100000514873P | 11/15/2020 | 345.00 |

# EXHIBIT "E"

# MONSEY ONE INC.
## Unpaid Bills Detail

As of October 31, 2020

| | Type | Date | Num | Due Date | Open Balance |
|---|---|---|---|---|---|
| | | 10/16/2020 | 100000514934P | 11/15/2020 | 115.00 |
| | | 10/23/2020 | 100000521158P | 11/22/2020 | 460.00 |
| | | 10/23/2020 | 100000521164P | 11/22/2020 | 115.00 |
| | | 10/30/2020 | 100000528320P | 11/29/2020 | 115.00 |
| **Total Mediterranean Shipping Company** | | | | | 9,860.00 |
| | | | | | |
| **Premier Motor Lines** | | | | | |
| | | 07/01/2020 | 58900 | 07/11/2020 | 2,310.00 |
| | | 07/07/2020 | 58952 | 07/17/2020 | 572.00 |
| | | 07/24/2020 | 59166 | 08/03/2020 | 572.00 |
| | | 07/24/2020 | 59167 | 08/03/2020 | 572.00 |
| **Total Premier Motor Lines** | | | | | 4,026.00 |
| | | | | | |
| **Ryder** | | | | | |
| | Bill | 02/17/2020 | ZH1606 | 02/27/2020 | 10.27 |
| | Bill | 05/05/2020 | AO9508 | 05/15/2020 | 18,661.44 |
| | Bill | 05/11/2020 | AR2674 | 05/21/2020 | 440.11 |
| | Bill | 05/18/2020 | AT9657 | 05/28/2020 | 1,419.89 |
| | Bill | 06/01/2020 | B00676 | 06/11/2020 | 370.42 |
| | Bill | 06/03/2020 | B35761 | 06/13/2020 | 20,155.78 |
| | | 06/03/2020 | B35756 | | -3,553.03 |
| | Bill | 06/08/2020 | B58335 | 06/18/2020 | 464.90 |
| | Bill | 06/15/2020 | B87531 | 06/25/2020 | 374.80 |
| | Bill | 06/29/2020 | BE1664 | 07/09/2020 | 388.80 |
| | | 07/06/2020 | BK4444 | | -13,301.17 |
| | | 07/06/2020 | BH1433 | 07/16/2020 | 117.83 |
| | | 07/06/2020 | BK4445 | 07/16/2020 | 8,931.28 |
| | | 07/08/2020 | B58334 | 07/18/2020 | 272.36 |
| | | 07/13/2020 | BM7384 | 07/23/2020 | 8.47 |
| | | 07/20/2020 | BP6100 | 07/30/2020 | 46.85 |
| | | 07/30/2020 | BK4445-CM | | -7,307.00 |
| **Total Ryder** | | | | | 27,502.00 |
| **Star Leasing** | | | | | |
| | Bill | 03/01/2020 | 1693599-8 | 03/22/2020 | 14,532.32 |
| | Bill | 04/01/2020 | 1701419-7 | 04/22/2020 | 14,532.32 |
| | Bill | 05/01/2020 | 1707111-5 | 05/22/2020 | 14,532.32 |
| | | 06/01/2020 | 1712770-7 | 06/22/2020 | 14,532.32 |
| | | 07/01/2020 | 1718484-1 | 07/22/2020 | 7,034.25 |
| | | 07/30/2020 | Credit | | -9,422.64 |
| | | 08/01/2020 | 1724858-7 | 08/22/2020 | 7,034.25 |
| | | 09/01/2020 | 1731012-5 | 09/22/2020 | 5,931.69 |
| | | 10/01/2020 | 1737618-0 | 10/22/2020 | 5,931.69 |
| **Total Star Leasing** | | | | | 74,638.52 |
| **Track Intermodal** | | | | | |
| | Bill | 02/29/2020 | C0025148 | 03/30/2020 | 800.40 |
| | Bill | 03/31/2020 | C0035146 | 04/30/2020 | 855.60 |
| | Bill | 04/30/2020 | C0045145 | 05/30/2020 | 828.00 |
| | | 04/30/2020 | MITD9507 | 05/30/2020 | 189.00 |
| | Bill | 06/10/2020 | 10000121 | 06/30/2020 | 855.60 |
| | | 07/01/2020 | 10005422 | 07/31/2020 | 828.00 |
| | | 07/18/2020 | 10010429 | 07/31/2020 | 432.00 |
| | | 08/03/2020 | 10010857 | 09/02/2020 | 855.60 |
| | | 08/15/2020 | 10016046 | 09/14/2020 | 243.00 |
| | | 09/02/2020 | 10016556 | 10/02/2020 | 855.60 |
| | | 10/02/2020 | 10022380 | 11/01/2020 | 828.00 |
| | | 10/13/2020 | 10027829 | 11/12/2020 | 2,565.00 |
| **Total Track Intermodal** | | | | | 10,135.80 |

# MONSEY ONE  INC.
## Unpaid Bills Detail

As of October 31, 2020

| | Type | Date | Num | Due Date | Open Balance |
|---|---|---|---|---|---|
| **Williams Scotsman** | | | | | |
| | Bill | 02/15/2020 | 7542034 | 02/15/2020 | 372.12 |
| | Bill | 02/15/2020 | 7541833 | 02/15/2020 | 262.97 |
| | Bill | 02/28/2020 | 7577549 | 02/28/2020 | 356.13 |
| | Bill | 03/15/2020 | 7623999 | 03/15/2020 | 262.97 |
| | Bill | 03/15/2020 | 7624194 | 03/15/2020 | 372.12 |
| | Bill | 03/28/2020 | 7659129 | 03/28/2020 | 356.13 |
| | Bill | 04/15/2020 | 7706282 | 04/15/2020 | 372.12 |
| | Bill | 04/15/2020 | 7706101 | 04/15/2020 | 262.97 |
| | Bill | 04/28/2020 | 7740582 | 04/28/2020 | 356.13 |
| | Bill | 05/15/2020 | 7787479 | 05/15/2020 | 372.12 |
| | Bill | 05/15/2020 | 7787304 | 05/15/2020 | 262.97 |
| | | 05/28/2020 | 7821018 | 05/28/2020 | 356.13 |
| | Bill | 06/15/2020 | 7868064 | 06/15/2020 | 372.12 |
| | | 06/15/20220 | 7867896 | 06/15/2020 | 262.97 |
| | | 06/26/2020 | 7901896 | 06/26/2020 | 356.13 |
| | | 07/15/2020 | 7948975 | 07/15/2020 | 372.12 |
| | | 07/15/2020 | 7948814 | 07/15/2020 | 262.97 |
| | | 07/28/2020 | 7983327 | 07/28/2020 | 356.13 |
| | | 08/14/2020 | 8030888 | 08/14/2020 | 372.12 |
| | | 08/14/2020 | 8030742 | 08/14/2020 | 262.97 |
| | | 08/28/2020 | 8065444 | 08/28/2020 | 356.13 |
| | | 09/15/2020 | 8111988 | 09/15/2020 | 372.12 |
| | | 09/15/2020 | 8111849 | 09/15/2020 | 262.97 |
| | | 09/28/2020 | 8146470 | 09/28/2020 | 356.13 |
| | | 10/15/2020 | 8195000 | 10/15/2020 | 372.12 |
| | | 10/15/2020 | 8194866 | 10/15/2020 | 262.97 |
| | | 10/28/2020 | 8229742 | 10/28/2020 | 356.13 |
| Total Williams Scotsman | | | | | 8,920.98 |
| **TOTAL** | | | | | **179,806.71** |

# MONSEY ONE  INC.
## A/R Aging Summary

As of October 31, 2020

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **A&B IMPORTS** | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 | 350.00 |
| **ABI CONSULTING, LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 230.00 | 230.00 |
| **Access Air Inc** | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | 10.00 |
| **ADCOM WORLDWIDE** | 28,520.00 | 6,087.50 | 0.00 | 0.00 | 0.00 | 34,607.50 |
| **Albatrans Canada Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Albatrans INC** | 0.00 | 0.00 | 0.00 | 0.00 | 295.00 | 295.00 |
| **ALL POINTS TRANSPORT/ PHOENIX TRANSIT** | 0.00 | 2,300.00 | 0.00 | 0.00 | 0.00 | 2,300.00 |
| **ALL WAYS FORWARDING** | 2,632.50 | 0.00 | 0.00 | 0.00 | 420.00 | 3,052.50 |
| **AMERICAN FRUITS AND FLAVORS, LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 4,410.00 | 4,410.00 |
| **AMERICAN LOGISTICS GROUP** | 0.00 | 0.00 | 0.00 | 0.00 | 782.50 | 782.50 |
| **APOLLO LOGISTCS** | 0.00 | 0.00 | 0.00 | 0.00 | 2,165.00 | 2,165.00 |
| **ARBY FREIGHT** | 0.00 | 0.00 | 0.00 | 0.00 | 25,028.31 | 25,028.31 |
| **ARROW SALT LLC** | 0.00 | 0.00 | 0.00 | 250.00 | 0.00 | 250.00 |
| **ASAP LOGISTCS** | 0.00 | 0.00 | 0.00 | 0.00 | -2,366.00 | -2,366.00 |
| **ATLAS FEATHER AND DOWN LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 675.00 | 675.00 |
| **BOLLORE ALWYN** | 0.00 | 1,700.00 | 1,935.00 | 0.00 | 0.00 | 3,635.00 |
| **Bumble Bee Foods, LLC** | 10,857.50 | 625.00 | 0.00 | 0.00 | 0.00 | 11,482.50 |
| **BURRIS LOGISTICS** | 0.00 | 0.00 | 0.00 | 0.00 | 895.00 | 895.00 |
| **C & S IMPORT/EXPORT** | 0.00 | 0.00 | 0.00 | 0.00 | 225.00 | 225.00 |
| **C H ROBINSON** | 0.00 | 1,467.50 | 0.00 | 0.00 | 583.00 | 2,050.50 |
| **CARBEL USA LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 2,767.50 | 2,767.50 |
| **CDC Canada Inc** | 0.00 | 0.00 | 0.00 | 0.00 | 320.00 | 320.00 |
| **Chefman** | 0.00 | 0.00 | 0.00 | 0.00 | -10.00 | -10.00 |
| **CHR INTERNATIONAL** | 1,880.00 | -0.05 | -0.25 | -0.06 | 0.00 | 1,879.64 |
| **CIMC INTERMODAL EQUIP** | 0.00 | 0.00 | 0.00 | 0.00 | 575.00 | 575.00 |
| **CROWLEY LOGISTICS** | 0.00 | 0.00 | 0.00 | 0.00 | 3,170.00 | 3,170.00 |
| **D&L Brothers Transportation Corp** | 0.00 | 0.00 | 0.00 | 0.00 | 645.00 | 645.00 |
| **DAIMON LOGISTICS** | 0.00 | 0.00 | 0.00 | 250.00 | 0.00 | 250.00 |
| **E-FREIGHT LOGISTICS, LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 680.00 | 680.00 |
| **Elico Ltd.** | 0.00 | 0.00 | 0.00 | 0.00 | 525.00 | 525.00 |
| **EXTRA VIRGIN FOODS INC** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **FAREAST FREIGHT NETWORKS INC** | 0.00 | 0.00 | 0.00 | 0.00 | 410.00 | 410.00 |
| **FLAT WORLD SUPPLY** | 0.00 | 0.00 | 0.00 | 0.00 | 1,680.00 | 1,680.00 |
| **G&B PACKING** | 0.00 | 0.00 | 0.00 | 0.00 | 5,792.50 | 5,792.50 |
| **GO FORWARD FREIGHT SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 | 1,735.00 | 1,735.00 |
| **Hapag-Lloyd (America) Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 300.00 |
| **HEALTHY PAC** | 7,087.50 | 0.00 | 0.00 | 0.00 | 0.00 | 7,087.50 |
| **HOSH INTERNATIONAL LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 183.75 | 183.75 |
| **Hyundai America Shipping Agency** | 0.00 | 0.00 | 0.00 | 0.00 | 1,650.00 | 1,650.00 |
| **INTERDEL LOGISTICS** | 0.00 | 0.00 | 0.00 | 0.00 | 795.00 | 795.00 |
| **INTERGLOBO - BRENDAN MCELLIGOT** | 0.00 | 0.00 | 0.00 | 0.00 | 290.00 | 290.00 |
| **INTERGLOBO GAVIN** | 0.00 | 0.00 | 0.00 | 0.00 | 765.00 | 765.00 |
| **Interglobo North America Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 2,100.00 | 2,100.00 |
| **JIF LOGISTICS INC** | 10,903.75 | 540.00 | 1,550.00 | 0.00 | 0.00 | 12,993.75 |
| **JT TRANSPORT INC** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# EXHIBIT "F"

# MONSEY ONE  INC.
## A/R Aging Summary

As of October 31, 2020

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **KEDEM** | 0.00 | 0.00 | 0.00 | 0.00 | 1,605.25 | 1,605.25 |
| **KENOVER** | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 140.00 |
| **KERRY LOGISTICS** | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 | 75.00 |
| **LANDSTAR** | 0.00 | 0.00 | 0.00 | 0.00 | 1.75 | 1.75 |
| **Magtec Corporation** | 0.00 | 0.00 | 0.00 | 0.00 | -1,643.75 | -1,643.75 |
| **MEDITERRANEAN SHIPPING** | 0.00 | 0.00 | 0.00 | 0.00 | 1,001.68 | 1,001.68 |
| **Navigational Logistics** | 34,368.00 | 14,212.50 | 131.25 | 930.00 | 0.00 | 49,641.75 |
| **Nolan Transportation Group, LLC** | 0.00 | 0.00 | 0.00 | 0.00 | -230.00 | -230.00 |
| **OCEAN NETWORK EXPRESS** | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 | 350.00 |
| **OLDE WORLD IMPORTS INC** | 982.50 | 1,070.00 | 0.00 | 0.00 | 0.00 | 2,052.50 |
| **PARTNERLOG GROUP INC** | 0.00 | 0.00 | 0.00 | 0.00 | 504.21 | 504.21 |
| **Perry Chemical Corp.** | 0.00 | 0.00 | 0.00 | 0.00 | 572.50 | 572.50 |
| **PFS LOGISTICS** | 0.00 | 2,213.02 | 0.00 | 0.00 | 0.00 | 2,213.02 |
| **POPULAR BATH PRODUCTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **PREMIER MOTOR LINES** | 14,315.00 | 8,310.00 | 6,735.00 | 375.00 | 145.00 | 29,880.00 |
| **PRIME HOOKAH** | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 | 125.00 |
| **PROACTIVE SPECIALIZED LOGISTIC** | 1,395.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,395.00 |
| **Regal Home Collections Inc** | 8,160.00 | 0.00 | 0.00 | 0.00 | 270.00 | 8,430.00 |
| **SAVINO DEL BENE - CHICAGO** | 0.00 | 0.00 | 0.00 | 0.00 | 56.25 | 56.25 |
| **SCHNEIDER LOGISTICS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **SEAFRIGO USA INC** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **SHAGHAL LTD** | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 | 2,500.00 |
| **SIPPI LOGISTICS** | 0.00 | 0.00 | 0.00 | 0.00 | -250.00 | -250.00 |
| **Soho Studio Corp** | 640.00 | 1,057.50 | 855.00 | 0.00 | -150.00 | 2,402.50 |
| **SPIRIT LINEN** | 0.00 | 0.00 | 0.00 | 0.00 | -2,850.00 | -2,850.00 |
| **SUNTECK TRANSPORT CO** | 0.00 | 0.00 | 0.00 | 0.00 | -8,267.50 | -8,267.50 |
| **SYMPHONY** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **T. H. WEISS** | 0.00 | 0.00 | 0.00 | 0.00 | 195.00 | 195.00 |
| **Total Quality Logistics** | 0.00 | 1,692.50 | 0.00 | 0.00 | 0.00 | 1,692.50 |
| **TRANSPARENT INTERNATIONAL** | 0.00 | 0.00 | 0.00 | 0.00 | 212.50 | 212.50 |
| **U.S. SHIPPING, INC.** | 0.00 | 0.00 | 0.00 | 0.00 | 245.00 | 245.00 |
| **USL CARGO** | 0.00 | 0.00 | 0.00 | 0.00 | 275.00 | 275.00 |
| **VELEKA LOGISTICS** | 955.00 | 0.00 | 0.00 | 0.00 | 625.00 | 1,580.00 |
| **WEIDA FREIGHT SYSTEM INC** | 0.00 | 0.00 | 0.00 | 0.00 | 143.75 | 143.75 |
| **WILMAR OLEO NORTH AMERICA** | 11,426.25 | 0.00 | 0.00 | 0.00 | 0.00 | 11,426.25 |
| **Worldwide Logistic Partners** | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 | 75.00 |
| **ZARIZ TRANSPORT** | 0.00 | 0.00 | 0.00 | 0.00 | 2,356.25 | 2,356.25 |
| **TOTAL** | 134,123.00 | 41,275.47 | 11,206.00 | 1,804.94 | 56,159.45 | 244,568.86 |