UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on December 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

# AGREED ORDER GRANTING STAR LEASING CO.'S REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM AND TO COMPEL PAYMENT

The relief set forth on the following pages, is **ORDERED**.

**DATED: December 16, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

**In re:**

**MONSEY ONE, INC.,**  Case No. 20-12093-VFP

**Debtor.**  Chapter 11

_____/

## AGREED ORDER GRANTING STAR LEASING CO.'S REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM AND TO COMPEL PAYMENT

THIS CAUSE was scheduled for hearing on December 10, 2020 at 11:00 a.m. on Star Leasing Co.'s Request for Payment of Administrative Expense [Doc. No. 78] (the "Request"). Upon consideration of the Request, having been informed that the Debtor and Star Leasing Co. ("Star") have reached an agreement on the relief requested in the Request on the terms and conditions set forth herein and otherwise being fully advised in the premises, it is:

**ORDERED:**

1. The Request is GRANTED as set forth herein.

2. Star shall have an allowed chapter 11 administrative claim pursuant to 11 U.S.C. § 503(b)(1) against the Debtor and the Debtor's bankruptcy estate in the amount $105,295.07 (the "Administrative Claim"), consisting of (i) $87,500 to resolve Star's pending administrative expense request for $105,495.42 as of September 15, 2020, plus (ii) $17,795.07 for the monthly charges covering October, November, and December, 2020.

3. The Debtor shall pay the Administrative Claim in full by December 30, 2020.

4. Star has agreed to and shall vote its allowed unsecured claim in favor of the Plan, provided that the allowance and payment of the Administrative Claim as set forth herein shall not be amended or modified without Star's prior written consent.

5. In the event the Debtor defaults on the payment due hereunder, Star shall have any

and all rights and remedies under applicable law, including to seek relief from this Court under the Bankruptcy Code or to commence an action in a court of competent jurisdiction for breach by the Debtor of its obligations hereunder.  In any such proceeding, the Debtor shall not have, and hereby waives, any and all defenses to such breach other than that payment was made to Star on a timely basis as set forth herein.

6. The Court shall retain jurisdiction to hear and determine all matters arising from this Order, including to enforce the terms hereof.