COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Jeffrey W. Herrmann, Esq.
Alex A. Pisarevsky, Esq.
Park 80 West - Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Tel: (201)845-9600
jwh@njlawfirm.com
Attorneys for Debtor

## UNITED STATE BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | X : : | Honorable Vincent F. Papalia<br>Chapter 11<br>Case No. 20-12093 |
| MONSEY ONE INC., | : : : | |
| Debtor. | : : | **APPLICATION APPROVING<br>CONSENT ORDER** |

**I, Jeffrey W. Herrmann, Esq., hereby deposes and says:**

1. I am a member of the firm Cohn Lifland Pearlman Herrmann & Knopf LLP, attorneys for debtor Monsey One Inc.

2. Counsel for debtor and Creditor, Clifton Boulevard Property Inc. ("Creditor") have reached an agreement under which Creditor unsecured claim no. 16-1 is reduced to $15,000.00 and Creditor shall vote its reduced claim in favor of the Plan.

3. All parties agree that it is in the best interest of the parties that the Consent Order be approved.

4. I certify that the foregoing is true to the best of my knowledge and belief and am aware that if anything herein is willfully false, I am subject to punishment.

                                          COHN LIFLAND PEARLMAN
                                          HERRMANN & KNOPF LLP
                                          Attorneys for Debtor/Defendant

                                          By: /s/Jeffrey W. Herrmann
DATED: January 15, 2021                    Jeffrey W. Herrmann, Esq.
                                              A Member of the Firm