RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (JS-5525)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com

Subchapter V Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Case No. 20-12093(VFP) |
|---|---|
| Monsey One Inc., | Chapter 11 |
| Debtor. | Hearing Date: January 28, 2021 |
| | Honorable Vincent F. Papalia, U.S.B.J |

## ADJOURNMENT REQUEST

1.   I, Joseph L. Schwartz,

  ☒   am the Subchapter V Trustee,

  ☐   am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matters:  Confirmation Hearing [Docket No. 71]

Hearing Re: Motion to Expunge/Reduce/Modify/Object to Claims [Docket No. 75]

Current hearing date and time:   January 28, 2021 at 11:00 a.m.

New date requested:   February 11, 2021, or first available date

Reason for adjournment request:   Mr. Schwartz has to attend a mediation in a different bankruptcy case, which is also scheduled for January 28, 2021.

2. <u>Consent to adjournment:</u>

☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date:   January 25, 2021                                              /s/Joseph L. Schwartz

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted              New hearing date:  2/25/2021 @ 11am      ☐ Peremptory

☐  Granted over objection(s) New hearing date: _____      ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

5245726v1