UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Attorneys for Debtor
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201)845-9600
Our File: 40,445-0

In Re:

MONSEY ONE INC.,

Debtor.

Order Filed on January 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-12093

Hearing Date: October 27, 2020

Chapter 11

Judge: Vincent F. Papalia

## CONSENT ORDER RESOLVING
## DEBTOR'S MOTION TO EXPUNGE CLAIM OF CLIFTON BOULEVARD
## PROPERTY INC.

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: January 25, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

---

This matter having been brought before the Court by COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP, attorneys for Debtor, for an Order expunging the claim of Clifton Boulevard Property Inc., and creditor, Clifton Boulevard Property Inc., having consented to the entry of the within Order; and for good cause shown;

It is ORDERED as follows:

1. Creditor Clifton Boulevard Property Inc.'s general unsecured claim, Claim no. 16-1, filed on April 22, 2020, in the amount of $24,500, is hereby reduced by consent to an allowed unsecured claim of $15,000.

2. Creditor Clifton Boulevard Property Inc. has agreed to and shall vote its allowed unsecured claim in favor of the Plan.

3. We hereby consent to the form and substance of the within Order.

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Attorneys for Debtor

By: *[signature]*
Jeffrey W. Herrmann
A Member of the Firm

Clifton Boulevard Property Inc.
*Pro Se*

By: *[signature]*
W.K. Wong
Vice President