COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Jeffrey W. Herrmann, Esq.
Alex A. Pisarevsky, Esq.
Park 80 West - Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Tel: (201)845-9600
jwh@njlawfirm.com
Attorneys for Debtor

## UNITED STATE BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | X | Honorable Vincent F. Papalia |
| | : | Chapter 11 |
| | : | Case No. 20-12093 |
| MONSEY ONE INC., | : | |
| | : | |
| | : | **APPLICATION APPROVING** |
| Debtor. | : | **CONSENT ORDER** |
| | : | |

**I, Jeffrey W. Herrmann, Esq., hereby deposes and says:**

1.     I am a member of the firm Cohn Lifland Pearlman Herrmann & Knopf

LLP, attorneys for debtor Monsey One Inc. ("Debtor").

2.     Counsel for debtor and Creditor, Interpool, Inc. aka TRAC Intermodal

("Creditor") have reached an agreement under which:

   a.   Debtor shall pay Creditor $31,806 in full satisfaction of all post-

      petition invoices issued on or before January 5, 2021;

   b.   Debtor shall pay Creditor $18,063 in full satisfaction of all post-

      petition invoices issued on January 6, 2021.

   c.   Debtor reserves all rights to seek reimbursement from Creditor in

      connection with towing and report charges to chassis unit

#TSXZ476196.

    d.  Creditor has agreed to and shall vote its allowed unsecured claim in favor of the Plan.

    e.  Other such general relief as noted in the Consent Order.

3.    All parties agree that it is in the best interest of the parties that the Consent Order be approved.

4.    I certify that the foregoing is true to the best of my knowledge and belief and am aware that if anything herein is willfully false, I am subject to punishment.

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Attorneys for Debtor/Defendant

By:   /s/Jeffrey W. Herrmann
                Jeffrey W. Herrmann, Esq.
                A Member of the Firm

DATED: February 24, 2021